**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MELISSA FOSTER                                                                                            PLAINTIFF

V.                          CASE NO. 3:16-CV-00105-SWW-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                                                       DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, the Commissioner's motion to remand [ECF No. 16] is GRANTED. The Commissioner's decision is reversed and this matter is remanded for further administrative proceedings, consistent with the Proposed Findings and Recommended Disposition.[1] This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of January, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] As explained in the Proposed Findings and Recommended Disposition, the Administrative Law Judge found that Plaintiff was disabled as of September 30, 2012 but that medical improvement occurred as of October 1, 2013, such that Plaintiff's impairments were no longer disabling. Accordingly, Plaintiff's disability status for the period September 30, 2012 through October 1, 2013 is not at issue.