**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MELISSA FOSTER                                                                          PLAINTIFF

V.                          CASE NO. 3:16-CV-00105-SWW-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                              DEFENDANT

## JUDGMENT

Pursuant to the order entered on this date, adopting the Proposed Findings and Recommended Disposition entered on December 14, 2016, IT IS CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded for further proceedings, consistent with the Proposed Findings and Recommended Disposition, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED THIS 24TH DAY OF JANUARY, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE