# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| MELISSA FOSTER, | * | |
| PLAINTIFF | * | |
| | * | |
| V. | * | |
| | * | CASE NO. 3:16CV00105 SWW |
| | * | |
| NANCY A. BERRYHILL, Acting | * | |
| Commissioner, Social Security | * | |
| Administration | * | |
| DEFENDANT | * | |
| | * | |

## **ORDER**

Before the Court is Plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, [ECF Nos. 24, 25] and the Commissioner's response [ECF No. 26].

On January 24, 2017, the Court entered an order and judgment, reversing and remanding the decision of the Administrative Law Judge, pursuant to the fourth sentence of § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Now before the Court is Plaintiff's motion seeking a total $6,316.38 in attorney's fees and expenses totaling $74.03, and the Commissioner's response stating no objection and agreeing that the requested amount is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's motion for Attorney's Fees [ECF No. 24] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded $6,316.38 in attorney's fees and $74.03 in costs under the EAJA. Consistent with the Commissioner's usual procedure and in light of *Astrue v. Ratliff,* 560 U.S. 586 (2010), the check awarding EAJA attorney's fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney, Howard D. Olinsky, at the attorney's office.

IT IS SO ORDERED THIS 7TH DAY OF SEPTEMBER, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE